The People of the State of Illinois ex rel. Oscar Nelson v. Kimbell Trust and Savings Bank.

Guardian Life Insurance Company of America, appellee, v. William L. O'Connell, appellant. Gen. No. 38,447.

640

Opinion filed December 16, 1935.
McInerney, Epstein & Arvey, for appellant; George L. Siegel, of counsel. Vernon R. Loucks and A. J. Hennings, for appellee.
Mr. Justice Matchett delivered the opinion of the court.